## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-01005-REB-MJW

BRUCE DANE, and
MICHELLE DANE,

    Plaintiffs,

v.

BAY AREA CREDIT SERVICE, INC., a California corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Unopposed Motion to Dismiss With Prejudice** [#5], filed July 21, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion to Dismiss With Prejudice** [#5], filed July 21, 2006, is **GRANTED**; and

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 24, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      Robert E. Blackburn
                                      United States District Judge